# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
LONERO, WILLIAM R § Case No. 12-27072
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 10 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 12/20/2013 in Courtroom 4016,
DuPage County Courthouse
505 N. County Farm Rd.
Wheaton, IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/27/2013                    By: KENNETH S. GARDNER
                                               Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                          §
                                §
LONERO, WILLIAM R               §        Case No. 12-27072
                                §
          Debtor(s)              §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 31,997.72 |
| and approved disbursements of | $ 466.59 |
| leaving a balance on hand of[1] | $ 31,531.13 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 3,949.77 | $ 0.00 | $ 3,949.77 |
| Other: International Sureties Ltd. | $ 27.71 | $ 27.71 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 3,949.77 |
| Remaining Balance | | | $ 27,581.36 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Diane Lonero | $ 15,998.86 | $ 0.00 | $ 15,998.86 |

| | Total to be paid to priority creditors | | | $ 15,998.86 |
| | Remaining Balance | | | $ 11,582.50 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 35,948.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 5,209.37 | $ 0.00 | $ 0.00 |
| 000002 | Portfolio Investments II LLC | $ 2,211.02 | $ 0.00 | $ 0.00 |
| 000003 | PYOD, LLC its successors and assigns as assignee | $ 2,643.59 | $ 0.00 | $ 0.00 |
| 000004 | FIA CARD SERVICES, N.A. | $ 4,597.24 | $ 0.00 | $ 0.00 |
| 000005 | Mirabella, Kincaid, Et Al | $ 21,287.59 | $ 0.00 | $ 0.00 |

| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 11,582.50 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

Debtor will receive the remaining balance as full payment of his duly claimed homestead exemption

NONE

 Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

 Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
           Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor will receive the remaining balance as full payment of his duly claimed homestead exemption

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-27072-DRC
William R Lonero                                                        Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mmyers              Page 1 of 2              Date Rcvd: Dec 02, 2013
                              Form ID: pdf006          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 04, 2013.
db          +William R Lonero,    PO Box 88935,    Carol Stream, IL 60188-0935
aty         +Cohen & Krol,    Cohen & Krol,    105 West Madison St 1100,    Chicago, IL 60602-4600
aty         +Gina B. Krol,    Cohen and Krol,    105 W Madison St, Suite 1100,    Chicago, IL 60602-4600
19123248   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX  79998)
19123249    Cadence Health,    25 N Winfield Circle,    Wifield, IL  60190
19123250   +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
19944828   +Diane Lonero,    20928 W. Blossom,    Plainfield, IL 60544-6411
19123252   +Fsb-hegewisc,    13220 Baltimore Av,    Chicago, IL 60633-1446
19123247   +Law Offices of Joseph P Dowd,    P O Box 376,    Des Plaines, IL 60016-0007
19123246   +Lonero William R,    939 Dearborn Circle,    Carol Stream, IL 60188-9371
19123255   +Mirabella, Kincaid, Et Al,    1737 S Naperville Rd, Suite 100,    Wheaton, IL 60189-5894
19123256   +Sears Premier Card,    P O Box 183081,    Columbus, OH 43218-3081
19123257   +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
19123258   +Susan Alvardo, Esq,    700 Commerce #500,    Oak Brook, IL 60523-8736

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19713383     E-mail/PDF: mrdiscen@discoverfinancial.com Dec 03 2013 01:54:53    Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
19123251    +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 03 2013 01:54:53    Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
19726478     E-mail/PDF: rmscedi@recoverycorp.com Dec 03 2013 01:53:38    GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
19123253     E-mail/PDF: gecsedi@recoverycorp.com Dec 03 2013 01:50:33    Gecrb/jcp,    Po Box 984100,
              El Paso, TX  79998
19123254    +E-mail/Text: bankruptcy@hraccounts.com Dec 03 2013 01:59:45    H & R Accounts,
              7017 John Deere Pkwy Box 672,    Moline, IL 61265-8072
19752081    +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 03 2013 02:23:55
              PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
20354273     E-mail/PDF: rmscedi@recoverycorp.com Dec 03 2013 01:53:38    Portfolio Investments II LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
20354274     E-mail/PDF: rmscedi@recoverycorp.com Dec 03 2013 01:54:52
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19756262*  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: FIA CARD SERVICES, N.A.,    successor to Bank of America, N.A. (USA),
              and MBNA America Bank, N.A.,    4161 Piedmont Parkway NC4 105 03 14,    Greensboro, NC 27410)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2013                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2013 at the address(es) listed below:
              E. Philip Groben    on behalf of Trustee Gina B Krol pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.co
               m

```
District/off: 0752-1          User: mmyers              Page 2 of 2              Date Rcvd: Dec 02, 2013
                              Form ID: pdf006           Total Noticed: 22


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Gina B Krol    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.co
               m
              Gina B Krol, ESQ    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
               jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
              Joseph   Dowd    on behalf of Debtor William R Lonero puter808@sbcglobal.net
              Joseph E Cohen    on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 7
```