# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LONERO, WILLIAM R | § | Case No. 12-27072 DRC |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:
(*Without deducting any secured claims*)

Assets Exempt:

Total Distributions to Claimants:

Claims Discharged
Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

     4) This case was originally filed under chapter   on               .  The case was pending for   months.

     5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/GINA B. KROL _____

                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| William Lonero | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fsb-hegewisc 13220 Baltimore Av Chicago, IL 60633 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | DIANE LONERO | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cadence Health 25 N Winfield Circle Wifield, IL 60190 | | | | | |
| | Chase P.o. Box 15298 Wilmington, DE  19850 | | | | | |
| | H & R Accounts 7017 John Deere Pkwy Box 672 Moline, IL  61266 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears Premier Card P O Box 183081 Columbus, OH  18301 | | | | | |
| | Sears/cbna Po Box 6282 Sioux Falls, SD  57117 | | | | | |
| | Susan Alvardo, Esq 700 Commerce #500 Oak Brook, IL  60523 | | | | | |
| 000005 | MIRABELLA, KINCAID, ET AL | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000004 | FIA CARD SERVICES, N.A. | | | | | |
| 000002 | PORTFOLIO INVESTMENTS II LLC | | | | | |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

Case 12-27072 INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT 11:32:36 Desc Main
Doc 49 Filed 09/30/14 Entered 09/30/14
Document ASSET CASES Page 7 of 9
Page: 1

Exhibit 8

| Case No: | 12-27072 | DRC | Judge: Donald R. Cassling |
|---|---|---|---|

Case Name: LONERO, WILLIAM R

For Period Ending: 08/14/14

Trustee Name: GINA B. KROL
Date Filed (f) or Converted (c): 07/06/12 (f)
341(a) Meeting Date: 09/25/12
Claims Bar Date: 02/15/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SFD 939 DEARBORN CIRCLE, CAROL STREAM, IL. PURSUA | 175,000.00 | 0.00 | | 31,997.72 | FA |
| 2. FINANCIAL ACCOUNTS | 100.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS | 800.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 5. VEHICLES | 1,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $177,100.00 | $0.00 | | $31,997.72 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims and prepare TFR

October 17, 2013, 02:29 pm

Initial Projected Date of Final Report (TFR): 07/31/14    Current Projected Date of Final Report (TFR): 07/31/14

/s/    GINA B. KROL

_____ Date: 08/14/14

GINA B. KROL

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| Case No: | 12-27072 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | LONERO, WILLIAM R | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0675  Checking Account |
| Taxpayer ID No: | *******3167 | | |
| For Period Ending: | 08/14/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

**Exhibit 9**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/17/13 | 1 | Burnet Title<br>9450 Bryn Mawr<br>Suite 700<br>Rosemont, IL 60018 | Net Sale Procees | 1110-000 | 31,997.72 | | 31,997.72 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.01 | 31,974.71 |
| 02/13/13 | 030001 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 27.71 | 31,947.00 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.92 | 31,904.08 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.43 | 31,856.65 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.83 | 31,810.82 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.29 | 31,763.53 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.70 | 31,717.83 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.16 | 31,670.67 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.09 | 31,623.58 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.50 | 31,578.08 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.95 | 31,531.13 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.37 | 31,485.76 |
| 12/19/13 | 030002 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Chapter 7 Compensation/Fees | 2100-000 | | 3,949.77 | 27,535.99 |
| 12/19/13 | 030003 | Diane Lonero<br>551 W. Lies Rd. #6<br>Carol Stream, IL 60188 | Claim 000006, Payment 100.00000% | 5100-000 | | 15,998.86 | 11,537.13 |
| 12/19/13 | 030004 | William Lonero<br>760 Bluff Street<br>#101<br>Carol Stream, IL 60188 | Homestead Exemption | 8100-002 | | 11,537.13 | 0.00 |

LFORM2T4

Ver: 18.00b

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-27072 -DRC | | Trustee Name: | GINA B. KROL | Exhibit 9 |
|---|---|---|---|---|---|
| Case Name: | LONERO, WILLIAM R | | Bank Name: | ASSOCIATED BANK | |
| | | | Account Number / CD #: | *******0675  Checking Account | |
| Taxpayer ID No: | *******3167 | | | | |
| For Period Ending: | 08/14/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | Account  *******0675 | | Balance Forward | | 0.00 | | |
|---|---|---|---|---|---|---|---|
| | | 1 | Deposits | | 31,997.72 | 4 | Checks | 31,513.47 |
| | | 0 | Interest Postings | | 0.00 | 11 | Adjustments Out | 484.25 |
| | | | | | | 0 | Transfers Out | 0.00 |
| | | | Subtotal | | $ 31,997.72 | | |
| | | 0 | Adjustments In | | 0.00 | | Total | $ 31,997.72 |
| | | 0 | Transfers In | | 0.00 | | |
| | | | Total | | $ 31,997.72 | | |

/s/    GINA B. KROL

Trustee's Signature: _____ Date: 08/14/14
                     GINA B. KROL

LFORM2T4                                                                Ver: 18.00b